Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
TXu 1-832-541

**Effective date of registration:**
October 8, 2012

## Title
**Title of Work:** NX 8.5

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Siemens Product Lifecycle Management Software Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Siemens Product Lifecycle Management Software Inc.
5800 Granite Parkway, Suite 600, Plano, TX, 75024, United States

## Rights and Permissions
- **Organization Name:** Siemens Product Lifecycle Management Software Inc.
- **Name:** Allen Scott Lineberry
- **Email:** trademarks@ugs.com
- **Telephone:** 972-987-3211
- **Address:** 5800 Granite Parkway, Suite 600
  Plano, TX 75024 United States

## Certification
- **Name:** Allen Scott Lineberry
- **Date:** October 8, 2012
- **Applicant's Tracking Number:** 2012Z24082 US

**Registration #:** TXU001832541
**Service Request #:** 1-834230542

Siemens Product Lifecycle Management Software Inc.
Nancy Cannon
5800 Granite Parkway, Suite 600
Plano, TX 75024   United States