# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-883-621**

Effective date of registration:

September 25, 2013

## Title
Title of Work: NX 9

## Completion/Publication
Year of Completion: 2013

## Author
- Author: Siemens Product Lifecycle Management Software Inc.
- Author Created: computer program
- Work made for hire: Yes
- Domiciled in: United States

## Copyright claimant
Copyright Claimant: Siemens Product Lifecycle Management Software Inc.
5800 Granite Parkway, Suite 600, Plano, TX, 75024, United States

## Rights and Permissions
Organization Name: Siemens Product Lifecycle Management Software Inc.
Name: Allen Scott Lineberry
Email: trademarks@ugs.com         Telephone: 972-987-3211
Address: 5800 Granite Parkway, Suite 600
Plano, TX 75024 United States

## Certification
Name: Allen Scott Lineberry
Date: September 25, 2013
Applicant's Tracking Number: 2013Z19962 US

**Registration #:** TXU001883621
**Service Request #:** 1-999274692

\*0000TXU001883621 0101\*

Siemens Product Lifecycle Management Software Inc.
Nancy Cannon
5800 Granite Parkway, Suite 600
Plano, TX 75024  United States