# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TXu 1-724-134

**Effective date of
registration:**

October 22, 2010

## Title

**Title of Work:** SOLID EDGE WITH SYNCHRONOUS TECHNOLOGY 3

## Completion/Publication

**Year of Completion:** 2010

## Author

■ **Author:** Siemens Product Lifecycle Management Software Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Siemens Product Lifecycle Management Software Inc.

5800 Granite Parkway, Suite 600, Plano, TX, 75024, United States

## Rights and Permissions

**Organization Name:** Siemens Product Lifecycle Management
Software Inc.

**Name:** Allen Scott Lineberry

**Email:** trademarks@ugs.com          **Telephone:** 972-987-3211

**Address:** 5800 Granite Parkway, Suite 600

Plano, TX 75024  United States

## Certification

**Name:** Allen Scott Lineberry

**Date:** October 22, 2010

**Applicant's Tracking Number:** 2010Z03267 US

**Registration #:**   TXU001724134

**Service Request #:**   1-506931462

Siemens Product Lifecycle Management Software Inc.
Nancy Cannon
5800 Granite Parkway, Suite 600
Plano, TX 75024  United States