# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-915-713**

Effective date of registration:

July 15, 2014

## Title
**Title of Work:** Solid Edge with synchronous technology 7

## Completion/Publication
**Year of Completion:** 2014

## Author
- **Author:** Siemens Product Lifecycle Management Software Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Siemens Product Lifecycle Management Software Inc.
5800 Granite Parkway, Suite 600, Plano, TX, 75024, United States

## Rights and Permissions
**Organization Name:** Siemens Product Lifecycle Management Software Inc.
**Name:** Allen Scott Lineberry
**Email:** trademarks@ugs.com         **Telephone:** 972-987-3211
**Address:** 5800 Granite Parkway, Suite 600
Plano, TX 75024 United States

## Certification
**Name:** Allen Scott Lineberry
**Date:** July 15, 2014
**Applicant's Tracking Number:** 2014Z15379 US

**Registration #:** TXU001915713
**Service Request #:** 1-1590322948



Siemens Product Lifecycle Management Software Inc.
Nancy Cannon
5800 Granite Parkway, Suite 600
Plano, TX 75024 United States