United States District Court
Southern District of Texas
**ENTERED**
July 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC., § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-1422 |
| § | |
| DOES 1-100, § § | |
| Defendant. § | |

# ORDER

Before the Court is the Motion to Quash Subpoena filed by Defendant Doe No. 30. (Doc. No. 8.) Plaintiff filed a response. (Doc. No. 11.) In that response, Plaintiff notes that the motion lacks a certificate of conference as required by Local Rule 7.1(D). Plaintiff further explains its counsel's unsuccessful effort to confer with Defendant's counsel. Plaintiff says that such a conference could resolve the dispute without the need for Court intervention. The Court would add that the motion is not accompanied by a separate proposed order as required by Local Rule 7.1(C). To give the parties an opportunity to confer, and hopefully resolve the dispute, the motion is hereby **DISMISSED WITHOUT PREJUDICE** as to refiling.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 13th day of July, 2016.

_[signature]_

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE