UNITED STATES DISTRICT COURT			SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:16-CV-1422 (KPE) |
|---|---|---|---|

| SIEMANS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC. |
|---|
| *versus* |
| DOES 1-100 |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | STEVEN C. VONDRAN<br>THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.<br>620 NEWPORT CENTER DRIVE, SUITE 1100<br>Newport Beach, 92660<br>(877) 276-5084, Steve@VondranLegal.com<br>California: 232337, Arizona: 025911 |

United States District Court
Southern District of Texas
FILED
JUL 25 2016
David J. Bradley, Clerk of Court

| Name of party applicant seeks to appear for: | SIEMANS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/19/2016 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: Active (CA) |
|---|
| Dated: 7/25/16 | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge